UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| GABER A. AZIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:04-CV-88 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| DOLLAR TREE STORES, INC. ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons set forth in the accompanying memorandum, the Court hereby **DENIES** Defendant Dollar Tree Store's motion to dismiss (Court File No. 27), **GRANTS** Defendant Dollar Tree Store's motion for summary judgment (Court File No. 32), and **DISMISSES** all of Plaintiff Gaber A. Aziz's claims . Further, the Court **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

           /s/          
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**